IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj- 367 |
| | ) | |
| IDDRISU IBRAHIM, | ) | Court Date: June 16, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1862792)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 5, 2025, at Fort Belvoir, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, IDDRISU IBRAHIM, did willfully steal and purloin property of the United States, to wit: an item of merchandise from the Army and Airforce Exchange Service with an aggregate value of less than $1,000.

(In violation of Title 18, United States Code, Section 641.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:           /s/
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 12, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov